IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VICTOR MACEO DANDRIDGE, III, | ) | Chapter 7 |
| | ) | Case No. 17-60578-RBC |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| W. STEPHEN SCOTT, CHAPTER 7 | ) | Civil Action No. 3:19-cv-00072 |
| TRUSTEE FOR THE BANKRUPTCY | ) | |
| ESTATE OF VICTOR MACEO | ) | **DISMISSAL ORDER** |
| DANDRIDGE, IIII, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Plaintiff, | ) | Senior United States District Judge |
| | ) | |
| v. | ) | |
| | ) | |
| 1105 INGLECRESS, LLC and | ) | |
| RICHARD L. BOOTH, | ) | |
| | ) | |
| Defendants. | ) | |

The parties in this civil action have filed a stipulation of dismissal, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In accordance with the stipulation, it is hereby

**ORDERED**

that this action is **DISMISSED WITH PREJUDICE** and shall be **STRICKEN** from the court's active docket. By agreement of the parties, each side shall bear its own attorneys' fees and costs.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This  6th   day of May, 2020.

_____
Senior United States District Judge